FILED
MAR 09 2026
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT FOR

THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| DHILLON PRABJOT SINGH, | ) | A#: 241-712-847 |
| | ) | |
| Petitioner, | ) | |
| | ) | PETITION FOR WRIT OF |
| v. | ) | HABEAS CORPUS |
| | ) | AND COMPLAINT FOR |
| | ) | DECLARATORY AND |
| KRISTI NOEM, in her Official Capacity, Secretary | ) | INJUNCTIVE RELIEF |
| Department of Homeland Security, | ) | |
| PAMELA BONDI, in her Official Capacity, | ) | |
| Attorney General Department of Justice | ) | |
| | ) | |
| Respondents. | ) | |

PETITION FOR WRIT OF HABEAS CORPUS
PURSUANT TO 28 U.S.C. § 2241
INTRODUCTION

1. I, Prabjot Singh Dhillon (Petitioner) have been unlawfully detained for a long period of time and I bring this petition for a writ of habeas corpus to seek my release from federal custody.

2. I have been denied parole by U.S. Immigration and Customs Enforcement ("ICE") without adherence to the procedural requirements for assessing asylum-seekers' eligibility for release established in the 2009 Directive, "Parole of Arriving Aliens Found to Have a Credible Fear of Persecution or Torture," issued by ICE," ICE Directive 11002.1.

3. I seek a writ of habeas corpus ordering my immediate release from the Des Moine Ice Detention Facility while I continue to pursue my claim for asylum.

4. I the Petitioner, I am from India and I entered the United States on September 29, 2022. I have lawfully applied for asylum and withholding of removal.

5. While detained, I submitted required documentation for consideration of parole to ICE, pursuant to 8 U.S.C. § 1182 (d)(5)(A). My identity was established. I submitted identity documents that conform to the list of documents ICE provides to those seeking parole and with that, I was released.

6. After my release, I submitted my application for asylum and Withholding of Removal with the immigration court as required. After meeting the required wait time for an EAD card, I applied for work authorization and was finger printed by the government and was living as a good and law abiding citizen with zero contact with law enforcement. I was in compliance of all court appearances and all required ICE check-ins.

7. Unfortunately, I was detained by ICE while at a cargo trucking check-point. I am a truck driver and the sole bread winner in my family. I have a four month old baby and my family faces the risk of being evicted from our apartment.

8. I, Petitioner, hereby petition this Court for a writ of habeas corpus to review the lawfulness of my detention by the Department of Homeland Security.

## JURISDICTION AND VENUE

1. This Court has subject matter jurisdiction over this habeas petition pursuant to 28 U.S. § 2241 (habeas corpus statute), 28 U.S. § 1651 (All Writs Act), 28 U.S.C. § 1331 (federal question), 28 U.S.C. § 1361 (Mandamus Act), and U.S. Const. I., § 9, Cl. 2 (Suspension Clause).

2. Pursuant to 28 U.S.C. § 2241, district courts have jurisdiction to hear habeas petitions by noncitizens who challenge the lawfulness of their detention under federal law. Demore v. Kim, 538 U.S. 510, 516–17 (2003); Zadvydas v. Davis, 533 U.S. 678, 687 (2001); Maldonado v. Macias, 150 F.Supp.3d 788, 794 (W.D. Tex. 2015).

3. Section 1252(f)(1) of the INA does not repeal this Court's authority to grant the relief the Petitioners seek because, inter alia, all Petitioner is in removal proceedings. See 8 U.S.C. § 1252(f)(1) (exempting from limits on review claims by "an individual alien against whom proceedings . . . have been initiated"); Reno v. Am.-Arab Anti-Discrimination Comm., 525 U.S. 471, 482 (1999) (stating that Section 1252(f) "does not extend to individual cases"). Even if otherwise applicable, § 1252(f)(1) does not bar declaratory relief.

4. This Court may grant declaratory and injunctive relief pursuant to 28 U.S.C. §§ 2241,-3 Case 1:20-cv-00150 Document 1 Filed on 09/23/20 in TXSD Page 4 of 16 2243, 2201 and 2202; and 5 U.S.C. § 702.

5. Venue is proper in the Southern District of IOWA, pursuant to 28 U.S. C. § 2241(d) because I am detained at the Des Moine Ice Facility in the state of IOWA.

## CLAIM FOR RELIEF

### Violation of the INA:

### Request for Relief Pursuant to *Maldonado Bautista*

6. Petitioner repeats, re-alleges, and incorporates by reference each and every allegation in the preceding paragraphs as if fully set forth herein.

7. As a member of the Bond Eligible Class, Petitioner is entitled to consideration for release on bond under 8 U.S.C. § 1226(a).

8. The order granting partial summary judgment in *Maldonado Bautista* holds that Respondents violate the INA in applying the mandatory detention statute at § 1225(b)(2) to class members.

9. The order granting class certification in *Maldonado Bautista* further orders that "[w]hen considering this determination with the MSJ Order, the Court extends the same declaratory relief granted to Petitioners to the Bond Eligible Class as a whole."

10. Respondents are parties to *Maldonado Bautista* and bound by the Court's declaratory judgment, which has the full "force and effect of a final judgment." 28 U.S.C. § 2201(a).

11. By denying Petitioner a bond hearing under § 1226(a) and asserting that he is subject to mandatory detention under § 1225(b)(2), Respondents violate Petitioner's statutory rights under the INA and the Court's judgment in *Maldonado Bautista*.

Date: 2/25/26        Signature: _____

February 25, 2026

DHILLON, PRABJOT SINGH

C/O Evaristus Nkongchu

11811 North Freeway, Suite 160

Houston, TX 77060

**FILED**
MAR 09 2026
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

To:

U.S. District Court

Southern District of Iowa

Clerk's Office

111 Locust Street

Des Moines, IA 50309

In re: A 241-712-847

RESPONDENT: DHILLON, PRABJOT SINGH

## PETITION FOR WRIT OF HABEAS CORPUS

Dear Sir/Madam:

Enclosed please find the following:

1. Petition
2. Certificate of service

Thanks sincerely

*Dhillon* (signature)

DHILLON PRABJOT SINGH








**UNITED STATES POSTAL SERVICE** | **PRIORITY MAIL**

UNITED STATES POSTAL SERVICE.  Retail

P   US POSTAGE PAID   $11.95   Origin: 77067   03/07/26   4800360061-56

PRIORITY MAIL®

0 Lb 2.10 Oz    RDC 03

EXPECTED DELIVERY DAY: 03/11/26    C101

SHIP TO:
111 LOCUST ST
DES MOINES IA 50309-1776

USPS TRACKING® #
9505 5120 2607 6066 3891 05

FROM:
Evaristus Nkongchu
11811 N. Freeway #166
Houston, TX 77060

TO:
U.S. District Court
Southern District of Iowa
111 Locust Street
Des Moine, IA 50309