IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| PRABJOT SINGH DHILLON, | Case No. 4:26-cv-00106-SMR-WPK |
| Petitioner, | |
| v. | |
| | ORDER |
| KRISTI NOEM, in her official capacity as Secretary of United States Department of Homeland Security, and PAMELA BONDI, in her official capacity as United States Attorney General, | |
| Respondents. | |

Petitioner Prabjot Singh Dhillon filed a Petition for Writ of Habeas Corpus and Motion for Declaratory Judgment and Injunctive Relief on March 9, 2026. [ECF No. 1]. Petitioner seeks his immediate release and review of the lawfulness of his detention.

Petitioner claims to be detained at the Polk County Jail but, as of March 10, 2026, the U.S. Immigration and Customs Enforcement Online Detainee Locator indicates that an individual with Petitioner's name and country of origin is currently detained at the McCook Detention Center in McCook, Nebraska.[1] If accurate, this would place Petitioner within the District of Nebraska, not the Southern District of Iowa. *See* 28 U.S.C. § 2241(a); *Trump v. J.G.G.*, 604 U.S. 670, 672 (2025) (per curiam) (holding jurisdiction for core habeas petitions lies in the district of confinement).

The Court must verify Petitioner's location to determine whether jurisdiction lies here, or whether transfer to another district is appropriate.

---

[1] *See U.S. Immigration and Customs Enforcement*, Online Detainee Locator System, https://locator.ice.gov/odls/#/search (last accessed March 10, 2026).

1

Accordingly, IT IS ORDERED:

1. By 12 P.M. on Thursday, March 12, 2026, Respondents shall file a status report confirming Petitioner's current location, including the specific facility where he is detained and the judicial district in which that facility is located.

2. No further briefing shall proceed until Petitioner's location is verified and jurisdiction is established.

IT IS SO ORDERED.

Dated this 10th day of March, 2026.

_____
STEPHANIE M. ROSE, CHIEF JUDGE
UNITED STATES DISTRICT COURT