IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| PRABJOT SINGH DHILLON, | Case No. 4:26-cv-00106-SMR-WPK |
| Petitioner, | |
| v. | ORDER TRANSFERRING CASE |
| KRISTI NOEM, in her official capacity as Secretary of United States Department of Homeland Security, and PAMELA BONDI, in her official capacity as United States Attorney General, | |
| Respondents. | |

Petitioner Prabjot Singh Dhillon filed a Petition for Writ of Habeas Corpus on March 9, 2026. [ECF No. 1]. On March 10, 2026, the Court ordered Respondents to file a status report identifying Petitioner's location for the purpose of determining whether the Court had jurisdiction. [ECF No. 2]. Respondents promptly confirmed that Petitioner is detained at the McCook Detention Center within the District of Nebraska.[1] [ECF Nos. 4, 4-1]. They agree that transfer is appropriate. *Id.*

Because Petitioner is no longer within the Southern District of Iowa, the Court concludes that it does not have jurisdiction and that transfer to the District of Nebraska is appropriate. *See* 28 U.S.C. § 2241(a); *Trump v. J.G.G.*, 604 U.S. 670, 672 (2025) (per curiam) (holding jurisdiction for core habeas petitions lies in the district of confinement). Accordingly, IT IS ORDERED that

---

[1] The Court gave Respondents until Thursday, March 12, at 12 P.M., to file a status report confirming Petitioner's location. [ECF No. 2]. Counsel filed an appearance and the status report just over three hours after the Court's order, well in advance of this deadline. [ECF Nos. 2,3]. The Court greatly appreciates counsel's prompt response and diligence in this matter.

1

this case be transferred to the United States District Court for the District of Nebraska. The Clerk of Court shall process the transfer. The Court expresses no opinion on the merits of the petition.

IT IS SO ORDERED.

Dated this 12th day of March, 2026.

_____
STEPHANIE M. ROSE, CHIEF JUDGE
UNITED STATES DISTRICT COURT