IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

PRABJOT SINGH DHILLON,

            Petitioner,

    vs.

U.S. DEPARTMENT OF HOMELAND
SECURITY, and UNITED STATES
ATTORNEY GENERAL,

            Respondents.

**7:26CV5006**


**ORDER**

This matter is before the Court on its own motion. Petitioner filed a Petition for Writ of Habeas Corpus, Filing No. 1, on March 9, 2026, in the United States District Court for the Southern District of Iowa which was thereafter transferred to this Court. It does not appear Petitioner paid the $5.00 filing fee when he filed his petition. Petitioner has the choice of either submitting the $5.00 fee to the Clerk's office or submitting a request to proceed in forma pauperis. If Petitioner chooses to do the latter, the enclosed pauper's forms should be completed and returned to this Court.

IT IS THEREFORE ORDERED that:

1. Petitioner is directed to submit the $5.00 fee to the Clerk's office or submit a request to proceed in forma pauperis on or before **April 13, 2026**.

2. The Clerk of the Court is directed to send to Petitioner the Form AO240 ("Application to Proceed Without Prepayment of Fees and Affidavit").

3. The Clerk of the Court is directed to set a pro se case management deadline in this matter with the following text: **April 13, 2026**: Check for MIFP or payment.

Dated this 13th day of March, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge